UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00192

**Curtis Allen Garrison,**
*Plaintiff,*

v.

**Jane and John Does et al.,**
*Defendants.*

## ORDER

Plaintiff Curtis Allen Garrison, a prisoner confined within the Texas Department of Criminal Justice (TDCJ) proceeding pro se, filed this civil-rights proceeding pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love.

On August 2, 2024, the magistrate judge issued a report recommending that plaintiff's lawsuit be dismissed, without prejudice, for his failure to comply with an order of the court and to prosecute his case. Doc. 10. A copy of this report was sent to plaintiff at his last-known address. Plaintiff, however, neither filed objections nor otherwise communicated with the court.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's lawsuit is dismissed, without prejudice, for his failure to comply with an order of the court and to prosecute his case. Any pending motions are denied as moot.

*So ordered by the court on December 16, 2024.*

_____
J. CAMPBELL BARKER
United States District Judge